**IT IS ORDERED as set forth below:**

**Date: February 23, 2010**

_____
Joyce Bihary
U.S. Bankruptcy Court Chief Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| N43EF, LLC, | § | CHAPTER 7 |
| | § | |
| Debtor | § | CASE NO. 09-89130-JB |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| American Honda Finance Corporation, | § | |
| Movant | § | |
| v. | § | |
| N43EF, LLC, | § | |
| Debtor | § | |
| | § | |
| Martha A. Miller, | § | |
| Trustee | § | |
| Respondents | § | |

### CONSENT ORDER

This matter having been scheduled to come before this Court on March 2, 2010 upon the Motion for Relief from Stay filed by the Movant American Honda Finance Corporation and it appears that the Debtor and Trustee have consented hereto. The Debtor has indicated their desire to surrender the subject property to said creditor and for good cause shown, it is hereby;

ORDERED that the automatic stay is modified to allow American Honda Finance Corporation to exercise its legal and contractual rights to repossess and sell the subject vehicle: 2007 Honda Odyssey VIN: 5FNRL38757B423282, excess proceeds, if any shall be promptly remitted to the Trustee.

IT IS FURTHER ORDERED that the provision of Bankruptcy Rule 4001(A)(3) is waived and the Order shall be in full force and effect upon signature of this court.

END OF DOCUMENT

Approved for Entry By:

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Movant
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
404-252-6385 phone, 404-252-6394 fax, rmaner@rbmlegal.com

Consented To:

**/s/ Rex Cornelison**
Rex Cornelison, GA Bar No. 188467
Attorney for Debtor
Building D, Suite 1
500 Sun Valley Drive
Roswell, GA  30076-5636

No Opposition:

**/s/ Martha A. Miller**
Martha A. Miller, GA Bar No. 507950
Chapter 7 Trustee
229 Peachtree Street, N.E.
Suite 2415
Atlanta, GA  30303-
(404) 607-9008 phone, (404) 607-9068 fax,

## **DISTRIBUTION LIST**

Richard B. Maner
RICHARD B. MANER, P.C.
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA 30328

 N43EF, LLC
12125 Arnold Mill Road
Roswell, GA 30075-

Rex Cornelison
Building D, Suite 1
500 Sun Valley Drive
Roswell, GA 30076-5636

Martha A. Miller
Chapter 7 Trustee
229 Peachtree Street, N.E.
Suite 2415
Atlanta, GA 30303

David S. Weidenbaum
Office of United States Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

Office of United States Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303